JOHN J. DACEY, CA Bar No. 53369
JAMES M. SITKIN, CA Bar No. 107650
DACEY & SITKIN
255 California Street, 10th Floor
San Francisco, CA 94111
(415) 318-1048 (tel)
(415) 362-3268 (fax)

STEPHEN THOMAS DAVENPORT, JR., CA Bar No. 882808
DAVENPORT, GERSTNER & MCCLURE
1990 N. California Blvd., Suite 650
Walnut Creek, CA 94596-3779
(925) 279-3430
(925) 932-1961 (fax)

TERESA DEMCHAK, CA Bar No. 123989
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (fax)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNDA A. SCHERRER and DAVID M. FEINSTEIN,<br><br>    Plaintiffs,<br><br>vs.<br><br>GROUP VOYAGERS, INC., a corporation; GROUP VOYAGERS, INC., EMPLOYEES' PENSION PLAN; GROUP VOYAGERS, INC., 401(k) PLAN,<br><br>    Defendants. | Case No. C 99 4834-SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR A FINAL AWARD OF REASONABLE ATTORNEYS' FEES AND COSTS IN ADDITION TO CLASS SETTLEMENT PAYMENTS**<br><br>Date: January 12, 2007<br>Time: 9:00 a.m.<br>Courtroom: 10 (Hon. Susan Illston)<br>Trial: none |

On January 12, 2007, the Motion of Plaintiffs and Class Representatives, Lynda A. Scherrer and David M. Feinstein for a final award of reasonable attorneys' fees and costs for the litigation and resolution of this certified class and collective action, pursuant to the Stipulation Re Settlement Agreement and Release ("Settlement Agreement") between Plaintiffs and Defendants, Group

1

Voyagers, Inc., Group Voyagers, Inc., Employees' Pension Plan; Group Voyagers, Inc., 401(k) Plan, which was approved by the Court on March 22, 2004 and pursuant to Federal Rule of Civil Procedure 23(h)(1) and Local Rule 54-5 came on regularly for hearing, due notice having been given to the parties and to the settlement classes. James M. Sitkin appeared for Plaintiffs; Eric K. Larson appeared for Defendants. Pursuant to Fed. R. Civ. P. 37(h)(1), copies of this Notice advising class members of the fee request and their right to object to the fee request were sent to class members via first-class U.S. Mail, postage prepaid. No objection has been submitted. The Motion is unopposed by Defendants, as well. The Court finds that Plaintiffs' showing, moreover, supports the proposed award.

It is hereby ordered:

1. The Motion is granted.

2. Defendant Group Voyagers, Inc. shall make the following payments to the following law firms:

| Firm | Fees | Costs | Subtotal |
|---|---|---|---|
| Dacey & Sitkin | $125,868 | $2,218.45 | $128,086.45 |
| Goldstein, Demchak, Balller, Borgen & Dardarian | $44,575 | $2,404.10 | $46,979.10 |
| Davenport, Gerstner & McClure | $2,675 | $35.00 | $2,710 |
| | $173,118.00 | $4,657.55 | $177,775.55 |

3. In addition and without need for further application to the Court, on Plaintiffs' submission to Defendant Group Voyagers, Inc., said Defendant shall reimburse counsel for up to a maximum of $100 of costs not included in the above award and the preceding interim award.

It is so ordered.

Dated: _____

Judge Susan Illston
U.S. District Court Judge

2
ORDER GRANTING MOTION REGARDING PLS' MOTION FOR ATTORNEYS' FEES - CASE NO. C 99 4834-SI